**DISMISS and Opinion Filed March 29, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00642-CV

**BRIDGET PARSON, Appellant**
**V.**
**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Reichek

Appellant appeals from the trial court's May 29, 2018 order denying her motion to vacate a default judgment.[1] By letter dated March 8, 2021, we questioned our jurisdiction over this appeal.[2] We instructed appellant to file, by March 18th, a letter brief addressing our concern and cautioned her that failure to do so may result

---

[1]Appellant appealed the December 17. 2015 default judgment and this Court dismissed that appeal for want of prosecution. *See Bridget Parson v. Becky Cole*, No. 05-16-00060-CV, 2016 WL 1704377, at *1 (Tex. App.—Dallas April 17, 2016, no pet.) (mem. op.).

[2]We abated this appeal on October 31, 2018 due to appellant's bankruptcy filing. We reinstated the appeal on February 25, 2021.

in dismissal of the appeal without further notice. As of today's date, appellant has not filed a letter brief.

Generally this Court has jurisdiction only over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Here, the trial court's May 29, 2018 order denying appellant's motion to vacate the default judgment is neither a final judgment nor an appealable interlocutory order. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

180642F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

BRIDGET PARSON, Appellant

No. 05-18-00642-CV     V.

BECKY COLE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-01563-B.
Opinion delivered by Justice Reichek. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 29, 2021.